THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN G. SCHULZ, Appellant.

Submitted October 4, 2004; decided October 14, 2004

Motion for assignment of counsel granted and William E. Hellerstein, Esq., Second Look Program Clinic, Brooklyn Law School, 250 Joralemon Street, Brooklyn, New York 11201 assigned as counsel to the appellant on the appeal herein.